THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| TERRI ANN GRAVES, a consumer residing in Multnomah County,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>SUTTELL AND HAMMER, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. C19-5368-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to withdraw (Dkt. No. 49) the stipulated motion to reopen (Dkt. No. 45). The Court GRANTS the motion to withdraw (Dkt. No. 49). The Clerk is DIRECTED to terminate the stipulated motion to reopen (Dkt. No. 45). This renders moot Plaintiff's notice of voluntary dismissal (Dkt. No. 46) and the Court's order to provide supplemental briefing (Dkt. No. 48).

DATED this 12th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C19-5368-JCC
PAGE - 1